CHAMBERS OF
**WALKER D. MILLER**
UNITED STATES SENIOR DISTRICT JUDGE

901 19th St. A938
DENVER, CO 80294
303/844-2468
FAX 303/335-2299

# MEMORANDUM

TO: Gregory C. Langham, Clerk

FROM: Walker D. Miller, Senior Judge

DATE: June 8, 2010

RE: 10-cr-308-WDM, *USA v. Torrence Triplett*

    Exercising my prerogative as a senior judge, I request that this case be reassigned and emphasize that my declination of criminal assignments includes any defendant who may have previously been placed on probation or supervision by me. In short, do <u>not</u> specially assign any new criminal case to me regardless of who the defendant may be.

cc: Kathy Triplett
    Shelley Moore