IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-308-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.**    **TORRENCE TRIPLETT,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for March 17, 2011 is **VACATED**. Counsel shall contact chambers jointly to obtain a new date for the hearing.

Dated: March 16, 2011