IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-308-JLK**

**UNITED STATES OF AMERICA,**

                Plaintiff,

v.

**1.      TORRENCE TRIPLETT,**

                Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Sentencing Hearing is reset for **March 31, 2011 at 2:00 p.m.** in Courtroom

A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  March 18, 2011